# EXHIBIT A

| EVENT | AGREED DATES |
|---|---|
| Service of Complaint | October 17, 2017 |
| Answer or Other Response to Complaint | November 6, 2017 |
| Joint Scheduling Order (LPR 1.2) | October 25, 2017 |
| Initial Disclosures of Both Parties (with no patent infringement counter-claim) / Commencement of Fact Discovery (LPR 2.1, LPR 1.3) | December 5, 2017 |
| Initial Infringement Contentions (LPR 2.2) | December 19, 2017 |
| Initial Non-Infringement, Unenforceability and Invalidity Contentions (LPR 2.3) | January 16, 2018 |
| Initial Response To Invalidity Contentions (LPR 2.5) | January 30, 2018 |
| Final Infringement, Unenforceability and Invalidity Contentions (LPR 3.1) | May 29, 2018 |
| Final Non-infringement, Enforceability and Validity Contentions (LPR 3.2) | June 26, 2018 |
| Exchange of Claim Terms Needing Construction and Proposed Construction (LPR 4.1) | July 10, 2018 |
| Opening Claim Construction Brief (LPR 4.2(a)) | August 14, 2018 |
| Responsive Claim Construction Brief (LPR 4.2(c)) | September 11, 2018 |
| Reply Claim Construction Brief (LPR 4.2(d)) | September 25, 2018 |
| Joint Claim Construction Chart (LPR 4.2(f)) | October 2, 2018 |
| Claim Construction Hearing (LPR 4.3) | **October 23, 2018** |
| Claim Construction Ruling | December 4, 2018 |
| Close of Fact Discovery (LPR 1.3) | January 15, 2019 |
| Expert Reports of Parties with Burden of Proof (LPR 5.1(b)) | February 5, 2019 |
| Rebuttal Expert Reports (LPR 5.1) | March 12, 2019 |
| Completion of Expert Witness Depositions (LPR 5.2) | April 16, 2019 |

# EXHIBIT A

| EVENT | AGREED DATES |
|---|---|
| Final Day for Filing Dispositive Motions (LPR 6.1) | May 14, 2019 |
| Case Ready for Trial | October 1, 2019 |